**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

BOBBY JOE KNIGHT,
*Petitioner-Appellant*,

v.

PAM AHLIN, Executive
Director,
*Respondent-Appellee.*

No. 10-56211

D.C. No.
2:10-cv-00039-CAS-RZ

ORDER WITHDRAWING
OPINION AND
DISMISSING APPEAL

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

Argued and Submitted
February 14, 2013—Pasadena, California

Original opinion filed March 13, 2013
Opinion withdrawn May 21, 2013

Before: Alfred T. Goodwin, Andrew J. Kleinfeld, and Barry
G. Silverman, Circuit Judges.

Order

## COUNSEL

Matthew B. Larsen, Deputy Federal Public Defender, Los Angeles, California, for Petitioner-Appellant.

Patrick D. Moran and Shirley S.N. Sun, Deputy District Attorneys, Los Angeles, California, for Respondent-Appellee.

## ORDER

The parties' joint motion to dismiss the appeal is GRANTED. Because there has ceased to be a case or controversy before this court, we DISMISS the appeal, VACATE the judgment below, and REMAND with directions to dismiss. *See Log Cabin Republicans v. United States*, 658 F.3d 1162, 1167–68 (9th Cir. 2011). The petitions for rehearing and requests for rehearing en banc are DENIED as moot.

The Opinion filed March 13, 2013, and appearing at 709 F.3d 1296 (9th Cir. 2013), is WITHDRAWN. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

**VACATED AND REMANDED WITH DIRECTIONS TO DISMISS.**